UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNIVERSITY NEUROSURGICAL
ASSOCIATES, PC.,

    Plaintiff(s),

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant(s).
_____/

Case No. 14-10719

Judge John Corbett O'Meara

Magistrate Judge Mona K. Majzoub

## NOTICE OF CORRECTION

Docket entry number __4__, filed __3/6/2014__, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Shawntel Jackson__ at __(313) 234-2662__.

DAVID J. WEAVER, CLERK OF COURT

Dated: March 7, 2014

s/Shawntel Jackson
Deputy Clerk