UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

University Neurosurgical
Associates, PC,

                       Plaintiff(s),

v.                                            Case No. 5:14–cv–10719–JEL–MKM
                                                  Hon. Judith E. Levy

State Farm Mutual Automobile
Insurance Company,

                       Defendant(s),
_____

## NOTICE OF REASSIGNMENT

    Pursuant to Administrative Order 14–AO–030, counsel and any unrepresented parties are hereby notified that the above–captioned case has been reassigned from District Judge John Corbett OMeara to District Judge Judith E. Levy.

    All previously scheduled dates remain in effect, except all previously scheduled dates for trial, conferences or motion hearings before the District Judge are suspended. All deadlines and any dates scheduled before a Magistrate Judge remain in effect. A new scheduling order relative to suspended dates will be issued. Questions should be directed to Felicia Moses, case manager to District Judge Judith E. Levy at (734) 887–4701.

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/S. Schoenherr
                                                  Deputy Clerk

Dated: May 13, 2014