**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

UNIVERSITY NEUROLOGICAL
ASSOCIATES, P.C. D/B/A PREMIER
IMAGING, D/B/A UNIVERSITY
NEUROLOGICAL SURGEONS, D/C/A SOR
II, D/B/A SPINAL AND ORTHOPEDIC
REHABILITATION, D/B/A MICHIGAN
HEAD & SPINE INSTITUTE,

   Plaintiffs,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

   Defendant.

Case No. 5:14-cv-10719-JCO-MKM

HON. JUDITH E. LEVY

---

| | |
|---|---|
| Milea M. Vislosky (P69306)<br>MILLER & TISCHLER, PC<br>Attorneys for Plaintiffs<br>28470 W. 13 Mile Rd Ste 300<br>Farmington Hills, MI 48334<br>(248) 945-1040 / (248) 536-5042<br>email: mvislosky@msapc.net | Michael W. Slater (P65227)<br>Timothy A. Holland (P66218)<br>SECREST WARDLE<br>Attorneys for Defendant State Farm<br>2025 East Beltline Avenue, SE, Suite 600<br>Grand Rapids, MI 49546<br>(616) 285-0143 / (616) 285-0145 (fax)<br>email: mslater@secrestwardle.com<br>    tholland@secrestwardle.com |

---

## **APPEARANCE**

 PLEASE TAKE NOTICE that the undersigned has as of this date entered their Appearance as attorneys for the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above captioned case.

             SECREST WARDLE
             Attorneys for Defendant State Farm

Dated: May 22, 2014        By: /s/ *Michael W. Slater*
                 Michael W. Slater (P65227)
                 Timothy A. Holland (P66218)

SECREST WARDLE

BUSINESS ADDRESS AND TELEPHONE NO.:
2025 East Beltline Avenue, S.E., Suite 600
Grand Rapids, MI 49546
(616) 285-0143

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Milea M. Vislosky
MILLER & TISCHLER, PC
28470 W. 13 Mile Rd Ste 300
Farmington Hills, MI 48334

SECREST WARDLE

Dated: May 22, 2014        /s/ *Michael W. Slater*_____
SECREST WARDLE
Attorney for Defendant State Farm
2025 East Beltline, SE, Suite 600
Grand Rapids, MI 49546
(616) 285-0143

2671906_1

SECREST WARDLE