AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 5:14-cv-10719-JCO-MKM
Hon. John Corbett O'Meara

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:   State Farm Mutual Automobile Insurance Company

Date of Service:   May 19, 2014

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

__✓__ Other (specify): Certified Mail, return receipt requested

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $ 11.49   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Tina Trosper

Signature of Server:   Tina Trosper

Date:   May 21, 2014

Server's Address:   28470 W. 13 Mile Rd. Ste. 300
Farmington Hills, MI 48334

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   State Farm Mutual Automobile Ins. Co.
   c/o Resident Agent-Milt Bossch
   5528 Portage Rd.
   Portage, MI 49002-1720

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Lucy Robinson
C. Date of Delivery: 5/19/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail®      ☐ Priority Mail Express™
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7013 2630 0001 4071 5941

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Miller & Tischler, P.C.
28470 W. 13 Mile Road
Suite 300
Farmington Hills, MI 48334

MAY 21 2014

mmv 1282-527