UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE,<br><br>   Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>   Defendant. | Civil Action No.<br>5:14-cv-10719<br>Hon. Judith E. Levy |

| | |
|---|---|
| MILLER & TISCHLER, P.C.<br>BY: WAYNE J. MILLER (P31112)<br>    MILEA M. VISLOSKY (P69306)<br>Attorneys for Plaintiff<br>28470 W. 13 Mile Rd., Ste. 300<br>Farmington Hills, MI 48334-5401<br>(248) 945-1040 / (248) 536-5042 fax<br>email: wmiller@msapc.net<br>        mvislosky@msapc.net | SECREST WARDLE<br>BY: MICHAEL W. SLATER (P65227)<br>    TIMOTHY A. HOLLAND (P66218)<br>Attorneys for Defendant<br>2025 E. Beltline SE, Ste. 600<br>Grand Rapids, MI 49546<br>(616) 285-0143 / (616) 285-0145 fax<br>email: mslater@secrestwardle.com<br>        tholland@secrestwardle.com |

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) SS
COUNTY OF OAKLAND    )

On the 9th day of JUNE, 2014, a copy of the FIRST AMENDED

COMPLAINT, INDEX OF EXHIBITS AND EXHIBITS 1 - 3 was sent to all counsel of record listed on said Pleadings via Eastern District Court e-file and serve system.

I declare that the statements above are true to the best of my information, knowledge and belief.

*TINA TROSPER*
TINA TROSPER

Subscribed and sworn to before me this 9th day of JUNE, 2014.

ANNA M. SIMON, Notary Public
Oakland County, Michigan
My Commission Expires: 11/16/20