**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNIVERSITY NEUROLOGICAL
ASSOCIATES, P.C. D/B/A PREMIER
IMAGING, D/B/A UNIVERSITY                       Case No. 14-cv-10719
NEUROLOGICAL SURGEONS, D/C/A SOR                Hon. Judith E. Lev
II, D/B/A SPINAL AND ORTHOPEDIC
REHABILITATION, D/B/A MICHIGAN
HEAD & SPINE INSTITUTE,

     Plaintiffs,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

     Defendant.

| | |
|---|---|
| Milea M. Vislosky (P69306) | Michael W. Slater (P65227) |
| MILLER & TISCHLER, PC | Timothy A. Holland (P66218) |
| Attorneys for Plaintiffs | SECREST WARDLE |
| 28470 W. 13 Mile Rd Ste 300 | Attorneys for Defendant State Farm |
| Farmington Hills, MI 48334 | 2025 East Beltline Avenue, SE, Suite 600 |
| (248) 945-1040 / (248) 536-5042 | Grand Rapids, MI 49546 |
| email: mvislosky@msapc.net | (616) 285-0143 / (616) 285-0145 (fax) |
| | email: mslater@secrestwardle.com |
| | tholland@secrestwardle.com |

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER PLAINTIFFS' FIRST AMENDED COMPLAINT**

     NOW COME the parties hereto, by and through their attorneys, and hereby STIPULATE AND AGREE that the deadline to answer Plaintiffs' First Amended Complaint shall be extended to **June 30, 2014.**

     IT IS SO ORDERED.

Dated: June 11, 2014               s/Judith E. Levy
    Ann Arbor, Michigan         JUDITH E. LEVY
                                     United States District Judge

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 11, 2014.

                                                s/Felicia M. Moses
                                                FELICIA M. MOSES
                                                Case Manager

| | |
|---|---|
| Dated: June 9, 2014 | Dated: June 9, 2014 |
| By: /s/ *Milea M. Vislosky* | By: /s/ *Michael W. Slater* |
|     Milea M. Vislosky (P69306) |     Michael W. Slater (P65227) |
|     Attorney for Plaintiff |     Attorneys for Defendant |

SECREST WARDLE