UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE<br><br>            Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>            Defendant. | Civil Action No. 5:14-cv-10719<br><br>Hon. Judith E. Levy |

### NOTICE OF APPEARANCE OF THOMAS W. CRANMER

TO:    THE CLERK OF THE ABOVE-NAMED COURT

   Please enter my appearance as co-counsel for Defendant State Farm Mutual Automobile Insurance Company in the above-entitled matter.

                    MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                    By:  s/Thomas W. Cranmer
                         Thomas W. Cranmer (P25252)
                         840 West Long Lake Road, Suite 200
                         Troy, Michigan 48098
                         Telephone: (248) 879-2000
                         cranmer@millercanfield.com
                         *Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*

June 30, 2014

5:14-cv-10719-JEL-MKM   Doc # 14   Filed 06/30/14   Pg 2 of 2   Pg ID 447

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all attorneys of record.

By: s/Thomas W. Cranmer
Thomas W. Cranmer (P25252)
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
Telephone: (248) 879-2000
cranmer@millercanfield.com
*Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*

22476247.1\088888-02778

2