UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY NEUROSURGICAL
ASSOCIATES, P.C., D/B/A PREMIER
IMAGING, D/B/A UNIVERSITY
NEUROLOGICAL  SURGEONS,
D/B/A SOR II, D/B/A SPINAL AND
ORTHOPEDIC REHABILITATION II,
D/B/A MICHIGAN HEAD & SPINE
INSTITUTE

         Plaintiff,

   v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

         Defendant.

Civil Action No. 5:14-cv-10719

Hon. Judith E. Levy

## <u>NOTICE OF APPEARANCE OF DAVID D. O'BRIEN</u>

TO:    THE CLERK OF THE ABOVE-NAMED COURT

      Please enter my appearance as co-counsel for Defendant State Farm Mutual Automobile

Insurance Company in the above-entitled matter.

                  MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

                By:  s/David D. O'Brien
                    David D. O'Brien (P65532)
                    101 N. Main, Seventh Floor
                    Ann Arbor, MI  48104
                    (734) 668-7761
                    obrien@millercanfield.com
                    *Co-Counsel for Defendant State Farm*
                    *Mutual Automobile Insurance Company*

June 30, 2014

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 30, 2014, I presented the foregoing to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all attorneys of record.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:  s/David D. O'Brien
      David D. O'Brien (P65532)
      101 N. Main, Seventh Floor
      Ann Arbor, MI  48104
      (734) 668-7761
      obrien@millercanfield.com
      *Co-Counsel for Defendant State Farm*
      *Mutual Automobile Insurance Company*