UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

University Neurosurgical Associates, P.C., et al.

               Plaintiff(s),

v.

State Farm Mutual Automobile Insurance Company,

               Defendant(s).
_____/

Case No. 5:14-cv-10719

Judge Judith E. Levy

Magistrate Judge Mona K. Majzoub

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __State Farm Mutual Automobile Insurance Company__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐    No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐    No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: June 30, 2014

s/David D. O'Brien

P65532
Miller, Canfield, Paddock and Stone, PLC
101 N. Main, Seventh Floor
Ann Arbor, MI 48104
(734) 663-2445
obrien@millercanfield.com