UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 5:14-cv-10719<br>Honorable Judith E. Levy |

**JOINT STIPULATION ALLOWING WITHDRAWAL OF MICHAEL W. SLATER AND SECREST WARDLE AS COUNSEL FOR DEFENDANT**

Whereas, on May 22, 2014, Michael W. Slater of the law firm Secrest Wardle entered his appearance as counsel for Defendant State Farm Mutual Automobile Insurance Company ("State Farm") in this matter;

Whereas, on June 30, 2014, Thomas W. Cranmer and David D. O'Brien of the law firm Miller, Canfield, Paddock and Stone, PLC entered their appearance as counsel for State Farm in this matter;

Whereas State Farm desires Miller Canfield to substitute for Secrest Wardle as its attorneys in this case; and

Whereas this case is still in its initial stages and there will be no delay occasioned by the substitution of Miller Canfield as counsel for State Farm;

Now, therefore, the parties stipulate and agree that Michael W. Slater and Secrest Wardle shall be permitted to withdraw their appearance as counsel for State Farm.

MILLER & TISCHLER, P.C.

By: s/ Milea M. Vislosky
Milea M. Vislosky (P69306)
28470 W. 13 Mile Rd., Suite 300
Farmington Hills, MI 48334
Tel: (248) 945-1040
mvislosky@msapc.net
*Counsel for Plaintiff*

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: s/ David D. O'Brien
David D. O'Brien (P65532)
101 N. Main St., 7th Fl.
Ann Arbor, MI 48104
Tel: (734) 668-7761
obrien@millercanfield.com
*Counsel for Defendant*

SECREST WARDLE

By: s/Michael W. Slater
Michael W. Slater (P65227)
2025 East Beltline, SE, Suite 600
Grand Rapids, MI 49546
Tel: (616) 285-0143
mslater@secrestwardle.com
*Counsel for Defendant*

July 1, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

Civil Action No. 5:14-cv-10719
Honorable Judith E. Levy

**ORDER ALLOWING WITHDRAWAL OF MICHAEL W. SLATER AND SECREST WARDLE AS COUNSEL FOR DEFENDANT**

This Court having considered the parties' Joint Stipulation Allowing Withdrawal of Michael W. Slater and Secrest Wardle as Counsel for Defendant and being fully advised in this matter,

It is hereby ordered that Michael W. Slater and Secrest Wardle's appearance as counsel for State Farm is withdrawn.

s/Judith E. Levy
Honorable Judith E. Levy

Dated: July 2, 2014

22478780.1\088888-02778