UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY NEUROSURGICAL | ) | |
| ASSOCIATES, P.C., D/B/A PREMIER | ) | |
| IMAGING, D/B/A UNIVERSITY NEUROLOGICAL | ) | Civil Action No. |
| SURGEONS, D/B/A SOR II, D/B/A SPINAL AND | ) | 5:14-cv-10719 |
| ORTHOPEDIC REHABILITATION II, D/B/A | ) | Hon. Judith E. Levy |
| MICHIGAN HEAD & SPINE INSTITUTE, | ) | |
| | ) | |
|       Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|       Defendant. | ) | |

**NOTICE OF
APPEARANCE OF
RACINE M.
MILLER**

---

MILLER & TISCHLER, P.C.
BY: WAYNE J. MILLER (P31112)
    MILEA M. VISLOSKY (P69306)
    RACINE M. MILLER (P72612)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040  /  (248) 536-5042 fax
email: wmiller@msapc.net
      mvislosky@msapc.net
      rmiller@msapc.net

MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
BY:  DAVID D. O'BRIEN (P65532)
Attorney for State Farm
101 N. Main, Seventh Floor
Ann Arbor, MI  48104
(734) 668-7761  /  (734) 747-7147 fax
email:  Obrien@millercanfield.com

BY: THOMAS W. CRANMER (P25252)
MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
co-counsel for State Farm
840 W. Long Lake Rd., Ste. 200
Troy, MI 48098
(248) 267-3381  /  (248) 879-2001 fax
email:  cranmer@millercanfield.com

---

## NOTICE OF APPEARANCE OF RACINE M. MILLER

PLEASE TAKE NOTICE that the undersigned on behalf of Plaintiff University Neurosurgical Associates, P.C., d/b/a Premier Imaging, d/b/a University Neurological Surgeons, d/b/a SOR II, D/B/A Spinal and Orthopedic Rehabilitation II, d/b/a Michigan Head & Spine Institute hereby appears as co-counsel.

Respectfully submitted,
MILLER & TISCHLER, P.C.

/s/  Racine M. Miller
BY: WAYNE J. MILLER (P31112)
MILEA M. VISLOSKY (P69306)
RACINE M. MILLER (P72612)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040  /  (248) 536-5042 fax
email: wmiller@msapc.net
mvislosky@msapc.net
Dated:  July 9, 2014          rmiller@msapc.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2014 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:  David D. O'Brien, Thomas W. Cranmer

/s/ Tina Trosper
TINA TROSPER

2