UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY NEUROSURGICAL
ASSOCIATES, P.C., D/B/A PREMIER
IMAGING, D/B/A UNIVERSITY
NEUROLOGICAL SURGEONS, D/B/A
II, D/B/A SPINAL AND ORTHOPEDIC
REHABILITATION II, D/B/A
MICHIGAN HEAD & SPINE
INSTITUTE,

Case No. 14-10719
Honorable Judith E. Levy
Mag. Judge Mona K. Majzoub

                 Plaintiff(s)

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

                 Defendant(s).
_____/

## SCHEDULING ORDER

| EVENT | DEADLINE |
|---|---|
| Amendments to the Pleadings: | February 2, 2015 |
| Witness Lists Exchange Deadline: | January 20, 2015 |
| Fact Discovery: | March 16, 2015 |
| Joint Telephone Conference Call re ADR/Facilitation/Mediation | Wednesday, April 1, 2015 at 10:00 a.m. |
| Expert Discovery: | April 16, 2015 |
| Discovery cutoff: | Monday, June 01, 2015 |
| Dispositive motions due: | Tuesday, July 21, 2015 |
| Motions *in Limine* due: | October 13, 2015 |

| Final Pretrial Order due: | November 4, 2015 |
| --- | --- |
| Final pretrial conference: | Thursday, November 12, 2015 at 1:00 p.m. |
| Trial date: | Tuesday, December 01, 2015 at 8:30 a.m. |
| **JURY TRIAL** ||

/s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

Dated: July 22, 2014

### CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on July 22, 2014 by electronic and/or ordinary mail.

/s/Felicia M. Moses
Case Manager