**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNIVERSITY NEUROSURGICAL ASSOCIATES, PC,
D/B/A PREMIER IMAGING, D/B/A UNIVERSITY
NEUROLOGICAL SURGEONS, D/B/A SOR II,
D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II,
D/B/A MICHIGAN HEAD & SPINE INSTITUTE,

                                                  Case Number: 5:14-10719
      Plaintiffs                               Hon. Judith E. Levy
                                                  Mag.Judge: Michael J. Hluchaniuk

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Defendants.

| | |
|---|---|
| MILLER & TISCHLER, P.C. | MILLER, CANFIELD, PADDOCK |
| BY: MILEA M. VISLOSKY (P69306) | & STONE, P.L.C. |
| Attorneys for Plaintiff | BY: DAVID D. O'BRIEN (P65532) |
| 28470 W. 13 Mile Rd., Ste. 300 | Attorney for State Farm |
| Farmington Hills, MI 48334-5401 | 101 N. Main, Seventh Floor |
| (248) 945-1040 / (248) 536-5042 fax | Ann Arbor, MI 48104 |
| email: mvislosky@msapc.net | (734) 668-7761 / (734) 747-7147 fax |
| | email: Obrien@millercanfield.com |
| | |
| | MILLER, CANFIELD, PADDOCK |
| | & STONE, P.L.C. |
| | BY: THOMAS W. CRANMER (P25252) |
| | co-counsel for State Farm |
| | 840 W. Long Lake Rd., Ste. 200 |
| | Troy, MI 48098 |
| | (248) 267-3381 / (248) 879-2001 fax |
| | email: cranmer@millercanfield.co.com |

**NOTICE OF WITHDRAWAL AS COUNSEL FOR PLAINTIFF**

Petitioner We Fight the Law, PLLC ("WFTL") by and through Racine M.

Miller hereby gives notice that Racine M. Miller, Esq., ONLY, hereby WITHDRAWS as counsel for Plaintiff for the reason that Racine M. Miller, Esq., is no longer under the employ of Miller & Tischler, P.C., counsel for Plaintiff.

The undersigned is of the belief that such withdrawal can be accomplished without material adverse effect on the interests of the client for the reason that Miller & Tischler, P.C., continues to represent the Plaintiff through Milea M. Vislosky.

|  | Respectfully submitted,<br>s/ Racine M. Miller<br>**WE FIGHT THE LAW, PLLC**<br>17600 Northland Park Court<br>Southfield, MI 48075<br>(248) 443-9030 Fax: (248) 443-9031<br>racine.michelle@gmail.com<br>rmiller@wefightthelaw.com |
|---|---|
| Dated: October 31, 2014 | (P72612) |

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: **Milea M. Vislosky, David D. O'Brien, and Thomas W. Cranmer** and that I have mailed by United States Postal Service the paper to the following non-ECF participants: Wayne J. Miller, Miller & Tischler, PC, 28470 W. 13 Mile Road, Suite 300, Farmington Hills, MI 48334-5401 and Moe Keshavarzi, Sheppard, Mullin, Richter & Hampton LLP, 333 South Hope Street, Forty-Third Floor, Los Angeles, CA, 90071.

s/ Racine M. Miller

2