# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNIVERSITY NEUROSURGICAL
ASSOCIATES, PC, D/B/A
PREMIER IMAGING, D/B/A
UNIVERSITY NEUROLOGICAL
SURGEONS, D/B/A SOR II, D/B/A
SPINAL AND ORTHOPEDIC
REHABILITATION II, D/B/A
MICHIGAN HEAD & SPINE
INSTITUTE,

Case No. 14-cv-10719
Hon. Judith E. Levy
Mag. Judge Michael J. Hluchaniuk

                Plaintiffs,

v.

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

                Defendant.

---

| | |
|---|---|
| MILLER & TISCHLER, P.C.<br>BY: MILEA M. VISLOSKY (P69306)<br>Attorneys for Plaintiff<br>28470 W. 13 Mile Rd., Ste. 300<br>Farmington Hills, MI 48334-5401<br>(248) 945-1040 / (248) 536-5042 fax<br>email: mvislosky@msapc.net | MILLER, CANFIELD, PADDOCK & STONE, P.L.C.<br>BY: DAVID D. O'BRIEN (P65532)<br>Attorney for State Farm<br>101 N. Main, Seventh Floor<br>Ann Arbor, MI 48104<br>(734) 668-7761 / (734) 747-7147 fax<br>email: Obrien@millercanfield.com |

|  | MILLER, CANFIELD, PADDOCK & STONE, P.L.C. <br> BY: THOMAS W. CRANMER (P25252) <br> co-counsel for State Farm <br> 840 W. Long Lake Rd., Ste. 200 <br> Troy, MI 48098 <br> (248) 267-3381 / (248) 879-2001 fax <br> email: cranmer@millercanfield.co.com |

## ORDER PERMITTING WITHDRAWAL AS COUNSEL FOR PLAINTIFF

Petitioner having filed her Notice of Withdrawal and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Racine M. Miller, ONLY, is hereby WITHDRAWN as counsel of record for Plaintiffs.

Dated: November 3, 2014         s/Judith E. Levy
Ann Arbor, Michigan                JUDITH E. LEVY
                                             United States District Judge