UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNIVERSITY NEUROSURGICAL | ) | |
| ASSOCIATES, P.C., D/B/A PREMIER | ) | |
| IMAGING, D/B/A UNIVERSITY NEUROLOGICAL | ) | Civil Action No. |
| SURGEONS, D/B/A SOR II, D/B/A SPINAL AND | ) | 5:14-cv-10719 |
| ORTHOPEDIC REHABILITATION II, D/B/A | ) | Hon. Judith E. Levy |
| MICHIGAN HEAD & SPINE INSTITUTE, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE FARM MUTUAL AUTOMOBILE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

**PLAINTIFFS'**
**WITNESS LIST**

---

MILLER & TISCHLER, P.C.
BY: WAYNE J. MILLER (P31112)
MILEA M. VISLOSKY (P69306)
Attorneys for Plaintiff
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI 48334-5401
(248) 945-1040  /  (248) 536-5042 fax
email:  wmiller@msapc.net
mvislosky@msapc.net

MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
BY:  DAVID D. O'BRIEN (P65532)
Attorney for State Farm
101 N. Main, Seventh Floor
Ann Arbor, MI  48104
(734) 668-7761  /  (734) 747-7147 fax
email:  Obrien@millercanfield.com

BY: THOMAS W. CRANMER (P25252)
MILLER, CANFIELD, PADDOCK
& STONE, P.L.C.
co-counsel for State Farm
840 W. Long Lake Rd., Ste. 200
Troy, MI 48098
(248) 267-3381  /  (248) 879-2001 fax
email:  cranmer@millercanfield.com

---

## PLAINTIFFS' WITNESS LIST

Plaintiffs, UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A, MICHIGAN HEAD & SPINE INSTITUTE, P.C. (collectively referred to as MHSI), through its attorneys, MILLER & TISCHLER, P.C., for their Lay and Expert Witness List, states:

1.  State Farm insureds and/or claimants, including but not limited to:

    a.  Acornicesei, Elena, 48200 Pontiac Tr., Wixom, MI 48393
    b.  Acton, Jordan, 1316 Maplegrove Rd., Lapeer, MI 48446
    c.  Adams, Ciara, 15326 Baylis, Detroit, MI 48238
    d.  Adams, Lakisha
    e.  Adams, Thale
    f.  Agler, Randee, 8124 Melvin Ave., Westland, MI 48185
    g.  Ahmad, Sandra, 9551 Pierson, Detroit, MI 48228
    h.  Ali, Rabih, 4858 Maple, Dearborn MI 48126
    i.  Allen, Byron
    j.  Alshamari, Burhan, 7047 Kingsley St., Dearborn, MI 48126
    k.  Altomonte, Katherine, 20705 Balinski, Clinton Twp., MI 48038
    l.  Alwashah, Huda, 10428 Smorrow Circle, Dearborn, MI 48126
    m.  Alwishah, Ghazwan, 4940 Gertrude, Dearborn Heights, MI 48125
    n.  Amoroso, Tracy
    o.  Armstrong, Jujuan, 17180 Ohio St., Detroit, MI 48221
    p.  Atilano-Brenes, Idal, 169 Oliver St., Pontiac, MI 48342
    q.  Bacon, George, 3693 Wasmund, Warren, MI
    r.  Bagnowski, Craig, 30575 Manor, Madison Heights, MI 48071
    s.  Bakian, Bruce, 1691 Birmingham, Birmingham, MI 48009
    t.  Banks, Maurice, 13701 Pearson St., Oak Park, MI 48237
    u.  Barden, Calita
    v.  Bartley, Deborah
    w.  Bayless, Dorothy

2

| | |
|---|---|
| x. | Beatty, George, 29295 Point O Woods Pl., Southfield, MI 48034 |
| y. | Behringer, Jennifer |
| z. | Bell, Arron, 342 Central Avenue, Pontiac, MI 48341 |
| aa. | Bennett, Ralph |
| bb. | Beres, Mark, 3322 Mcclure Dr., Troy, MI 48084 |
| cc. | Bertl, Ann, 24403 Eton Ave., Dearborn Hts., MI 48125 |
| dd. | Biggs, Kenneth |
| ee. | Birch, James, 34360 S. Gratiot Ave., Clinton Twp., MI 48035 |
| ff. | Bitrus, Ansaf, 51887 Watkins Glen Drive, Macomb, MI 48042 |
| gg. | Bivens, Sherrell, 13700 Castleton St., Detroit, MI 48227 |
| hh. | Blackburn, Kendra |
| ii. | Bloom, Cheryl, 3328 Erie Dr., Orchard Lake, MI 48324 |
| jj. | Brodie, Corey |
| kk. | Brooklier, Deena, 24868 Beierman, Warren, MI 48091 |
| ll. | Brooks, John |
| mm. | Brown, Jasmine |
| nn. | Brown, Mark, 25701 W. 12 Mile Rd., Southfield, MI 48034 |
| oo. | Bruce, Lisa, 18685 Sumner, Redford, MI 48240 |
| pp. | Burgess, Peggy, 52421 Base, New Baltimore, MI 48047 |
| qq. | Burke, William, 3082 Norcott St., Keego Harbor, MI 48320 |
| rr. | Buryta, Corey |
| ss. | Butler, Thomas, 2855 Wareing Dr., Lake Orion, MI 48360 |
| tt. | Byrd, Jamar, 11764 13 Mile Rd., Warren, MI 48093 |
| uu. | Cade, Sean, 11733 Whitcomb, Detroit, MI 48227 |
| vv. | Calzadillas, Marina |
| ww. | Campbell, Gary, 4822 Howell, Otter Lake, MI 48464 |
| xx. | Canada, Kimberly, 540 Sonia, Madison Heights, MI 48071 |
| yy. | Canty, Louella, 12140 Braile, Detroit, MI 48228 |
| zz. | Carlisle, Bruce |
| aaa. | Carrier, Rose, 23231 Heritage Dr., Woodhaven, MI 48183 |
| bbb. | Caruso, Alexia, 24556 Tuscany, Eastpointe, MI 48021 |
| ccc. | Carver, William, 16600 Lenore, Detroit, MI 48219 |
| ddd. | Cece, Phyllis, 3955 Phillips Ave., Berkley, MI 48072 |
| eee. | Chambers, Marianne, 8346 Riviera Circle North, Sterling Heights, MI 48313 |
| fff. | Chandler, Cassandra, 14587 Robson, Detroit, MI 48227 |
| ggg. | Chilcutt, Jennifer, 28703 Karam Dr., Madison Heights, MI 48071 |

hhh.    Chukwuji, Emeka, 2018 Allard Ave., Grosse Pointe Woods, MI 48236

iii.    Church, Patricia, 1509 Shoemaker Westland, MI 48185

jjj.    Clinton, Stanley, 13745 Helen, Detroit, MI 48212

kkk.    Cody, Christopher, 111 Vernon, Pontiac, MI 48342

lll.    Cohl. Izora

mmm.    Coleman, Brent, 12674 Birwood St., Detroit, MI 48238

nnn.    Collier, Dairon

ooo.    Collier, William, 26979 Fairfield, Lathrup Village, MI 48076

ppp.    Collins, Gerri

qqq.    Collins, Michelle, 17134 Country Club Dr., Macomb, MI 48042

rrr.    Collins, Wanda, 17680 Westmoreland, Detroit, MI 48219

sss.    Cook, Elania

ttt.    Cranford, Teresa

uuu.    Crow, Frankie, 15636 Clay County Hwy., Red Boiling Spring, TN, 37150

vvv.    Cruz, Teri, 6757 Burnly, Garden City, MI 48135

www.    Cumberbatch, Vanita

xxx.    Cuppetelli, Rachel, 23713 Demley Rd., Clinton Twp., MI 48035

yyy.    Dagenais, Kim

zzz.    Daoud, Juvianne

aaaa.    Davis, Constance, 34571 W. Jefferson, Brownstown, MI 48173

bbbb.    Davis, Denise, 23503 W. 7 Mile, Detroit, MI 48219

cccc.    Davis, Douglas

dddd.    Davis, Norene, 117755 E. Outer Drive, Detroit, MI 48224

eeee.    Davis, Tiffany, 602 E. Tennyson, Pontiac, MI 48340

ffff.    Davison, Rachel

gggg.    Deittrick, Michael, 43612 Eureka, Clinton Twp., MI 48036

hhhh.    Delisle, Rose, 8196 Anchor Bay Dr., Clay, MI 48001

iiii.    Demski, Philip, 25620 Roan Ave., Warren, MI 48089

jjjj.    Diop, Elhadji

kkkk.    Dixon, Marshall, 20307 Shadyside, Livonia, MI 48152

llll.    Dixon, Norvella

mmmm.    Dixon, Ovil, 20131 Cooley St., Detroit, MI 48219

nnnn.    Drake, Daniel II, 53248 Starlite Dr., Shelby Twp., MI 48316

oooo.    Dresden, Jonathan

pppp.    Dubaere, Joshua, 255 North Ave., Berville, MI 48002

qqqq.    Eberling, Lindsay, 1144 Richman Rd., St. Clair, MI 48079

| | |
|---|---|
| rrrr. | Elzie, Deidra, 25055 Pierce St., Southfield, MI 48075 |
| ssss. | Emerick, Terry, 16852 Mayfield, Roseville, MI 48066 |
| tttt. | English, Yolanda, 139 Oak St., River Rouge, MI 48209 |
| uuuu. | Eugenis, Edna, 8618 Central, Centerline, MI 48015 |
| vvvv. | Farr, Michael, 18460 Kinloch, Redford, MI 48240 |
| wwww. | Finiross, Angela, 3075 Berkshire Ct., Milford, MI 48380 |
| xxxx. | Flaishans, Christopher, 30900 Stoneridge Dr., Wixom, MI 48393 |
| yyyy. | Floyd, Marcus, 7107 Westlake Circle, Belleville, MI 48111 |
| zzzz. | Frank, Tracy |
| aaaaa. | Frazier, Raymon, 20100 Shoals Ct., Clinton Twp., MI 48038 |
| bbbbb. | Freeman, Kimberely, 43277 Lochnsen Way #2605, Novi, MI 48375 |
| ccccc. | Galloway, Timothy, 26413 Rialto St., Madison Heights, MI 48071 |
| ddddd. | Gant, Jasmine, 7772 Poe St., Detroit, MI 48214 |
| eeeee. | Garreau, Keith, 50900 Gratiot Ave., Chesterfield Township, MI 48051 |
| fffff. | Gay, Latanya, 18691 Stahelin, Detroit, MI 48219 |
| ggggg. | George, Ricky, 18652 Woodbine, Detroit, MI 48219 |
| hhhhh. | Ghurab, Rozan |
| iiiii. | Gibson, Dwayne, 18476 Snowden, Detroit, MI 48235 |
| jjjjj. | Gilroy, Joslyn, 3301 Herring Rd., Arcadia, MI 49613 |
| kkkkk. | Givens, Talisha, 322 Labelle, Highland Park, MI 48203 |
| lllll. | Glenn, Devon |
| mmmmm. | Golden, Pamela, 13265 Robson, Detroit, MI 48227 |
| nnnnn. | Gooden, Jermale, 4100 Virginia Park, Detroit, MI 48204 |
| ooooo. | Graham, Tonya, 8365 Woodcrest Dr., Westland, MI 48185 |
| ppppp. | Gregory Sr, Robert, 320 North Bywood, Clawson, MI 48017 |
| qqqqq. | Griffen, John |
| rrrrr. | Griffin, Jazmin, 15096 Snowden, Detroit, MI 48227 |
| sssss. | Gullap, Tahesian |
| ttttt. | Gurwin, Jill, 2040 Wabeek Hill Ct., Bloomfield Hills, MI 48302 |
| uuuuu. | Habel, Christopher |
| vvvvv. | Hadley, Tyteashen |
| wwwww. | Hall, Amanda, 14399 Knox, Warren, MI 48089 |
| xxxxx. | Hall, Charles, 9226 Ashton, Detroit, MI 48228 |
| yyyyy. | Hamburger, Robert |

| | |
|---|---|
| zzzzz. | Harrell-Pilar, Shirley, 20247 Damman, Harper Woods, MI 48225 |
| aaaaaa. | Harris, Levell, 16456 Manchester, Eastpointe, MI 48021 |
| bbbbbb. | Hassan, Henry, 18934 Fairfield, Detroit, MI 48221 |
| cccccc. | Helquist, Kyong, 2341 Seymour Lake Rd., Ortonville, MI 48462 |
| dddddd. | Hemmen, Susan, 19864 Nicke, Clinton Twp., MI 48035 |
| eeeeee. | Henton, Shakiya, 5717 Greenbriar, West Bloomfield, MI 48322 |
| ffffff. | Herman, Kimaya, 5832 N. Marshbank Lane, Clarkston, MI 48346 |
| gggggg. | Herman, Lisa, 5832 N. Marshbank Lane, Clarkston, MI 48346 |
| hhhhhh. | Herman, Walter, 201 N. Squirrel Rd., Auburn Hills, MI 48321 |
| iiiiii. | Hernandez, Luz, 50550 McKinley Street, Plymouth, MI 48170 |
| jjjjjj. | Hicks, Gail |
| kkkkkk. | Hill, Robert |
| llllll. | Hinton, Donald, 16826 Lamphere, Detroit, MI 48219 |
| mmmmmm. | Hoffman, Howard, 25255 Leach St., Roseville, MI 48088 |
| nnnnnn. | Hollinger, Marvin, 25501 Greenfield Rd., Southfield, MI 48075 |
| oooooo. | Hollis-Lake, Jeanette, 5324 Old Pond Way, W. Bloomfield, MI 48323 |
| pppppp. | Holloway, Deora |
| qqqqqq. | Holloway, Paul, 14800 Freeland Detroit, MI 48227 |
| rrrrrr. | Holt, Tyrone, 14126 Mansfield, Detroit, MI 48227 |
| ssssss. | Horle, Carmela, 17490 Muirfield, Macomb, MI 48042 |
| tttttt. | Irby, Anthony, 531 East Euclid, Detroit, MI 48202 |
| uuuuuu. | Isljami, Avni, 42424 Ehrke Dr., Clinton Twp., MI 48038 |
| vvvvvv. | Jackson, Amie |
| wwwwww. | Jackson, June, 19026 Ash, Eastpointe, MI 48021 |
| xxxxxx. | Jackson, Mildred, 1259 W. Grand Blvd., Detroit, MI 48208 |
| yyyyyy. | James, Christopher, 14910 Littlefield, Detroit, MI 48227 |
| zzzzzz. | Johnson, Derrick, 11540 Wayburn, Detroit, MI 48224 |
| aaaaaaa. | Johnson, Grant, 2021 Blaine Unit 311, Detroit, MI 48206 |
| bbbbbbb. | Johnson-Montgomery, Sabrina, 684 Newman Lane, Pontiac, MI 48340 |
| ccccccc. | Jones, Tamiya, 7401 Montrose Street, Detroit, MI 48228 |
| ddddddd. | Jones, Willie, 468 Tahoe Blvd., Howell, MI 48843 |
| eeeeeee. | Karawan, Gregory, 27316 Huntington Drive, Warren, MI 48088 |
| fffffff. | Kempkens, Christina, 31459 Iroquois, Warren, MI 48088 |
| ggggggg. | Kiesling, Alissa, 14911 Shirley, Warren, MI 48089 |

hhhhhhh.        Koller, Betty, 33039 Schoolcraft Rd., Livonia, MI 48150

iiiiiii.        Komor, David, 25669 Hopkins, Dearborn Heights, MI 48125

jjjjjjj.        Korhonen, Alex, 20141 River Oaks Dr., Dearborn Heights, MI 48127

kkkkkkk.        Korkes, Rana, 45106 Maple Ct., Shelby Twp., MI 48317

lllllll.        Kosho, Eva, 1721 Westbrook, Madison Heights, MI 48071

mmmmmmm.   Kota, Maynard, 843 Crystal Lane, Marysville, MI 48040

nnnnnnn.        Krolczyk, Katlyn

ooooooo.        Kush, Ladonna

ppppppp.        Lacross, Karysa, 11764 E. 13 Mile Rd., Warren, MI 48093

qqqqqqq.        Laloshaj, Zef

rrrrrrr.        Larsen, Shawn, 11018 Clar Eve Dr., Otisville, MI 48463

sssssss.        Lee, Christopher, 42177 Hayes, Sterling Heights, MI 48313

ttttttt.        Leonardi, Charles, 2819 Burningbush Dr., Sterling Heights, MI 48314

uuuuuuu.        Leska, Olsi, 22795 Grove, St. Clair Shores, MI 48080

vvvvvvv.        Lewis, Frank

wwwwwww.        Littlejohn, Margaret, 29367 Chanticleer Dr. West, Southfield, MI 48034

xxxxxxx.        Lloyd, Qronniqueshe

yyyyyyy.        Lowe, Carol

zzzzzzz.        Lucaj, Christina, 19517 Prince Dr., Macomb, MI 48044

aaaaaaaa.       Manoloff, Charles, 2183 Goldfinch, Commerce Twp., MI 48382

bbbbbbbb.       Marhaba, Randa, 7517 Miller Rd., Dearborn, MI 48126

cccccccc.       Marcelis, Cortez

dddddddd.       Marki, Zjef, 11299 Messmore Rd., Utica, MI 48317

eeeeeeee.       Marshall, Aneshia, 19924 Ferguson, Detroit, MI 48235

ffffffff.       Martin, Connie, 23749 Carlislie Hazel Park, MI 48030

gggggggg.       Martin, Marc

hhhhhhhh.       Martin, Robert, 4140 Joyce, Waterford, MI 48329

iiiiiiii.       Martin, William, 18981 Woodingham, Detroit, MI 48221

jjjjjjjj.       Martines, James, 13994 Blackstone, Detroit, MI 48223

kkkkkkkk.       McClendon, Rozell, Heartland Health Care Center, Livonia, MI 48154

llllllll.       McCoy, Ann, 16182 Cheyenne, Detroit, MI 48235

mmmmmmmm.   McNeal, Shawana, 28490 Mound Rd., Warren, MI 48092

| | |
|---|---|
| nnnnnnnn. | Meisner, Gerard, 49221 Norristown Ct., Shelby Twp., MI 48315 |
| oooooooo. | Merriman-Robinson, Kim, 17617 Avilla Blvd., Lathrup Village, MI 48076 |
| pppppppp. | Merriweather, Javan |
| qqqqqqqq. | Merriweather, Nyah, 16718 Gilchrist, Detroit, MI 48235 |
| rrrrrrrr. | Metcalf, Margaret, 46237 Chateau Thierry Dr., Macomb, MI 48044 |
| ssssssss. | Miller, Ronald, 5846 Craven Rd., Emmett, MI 48022 |
| tttttttt. | Mills, James, 50324 Alden Dr., Macomb, MI 48044 |
| uuuuuuuu. | Minauro, Joseph, 63540 Indian Trail, Ray, MI 48096 |
| vvvvvvvv. | Minges, Richard |
| wwwwwwww. | Mitchell, Nikole |
| xxxxxxxx. | Mona, Talal, 4231 Old Dominion, West Bloomfield, MI 48323 |
| yyyyyyyy. | Moore, Jermain, 5475 N. Piccadilly, West Bloomfield, MI 48322 |
| zzzzzzzz. | Moore, Kashatria |
| aaaaaaaaa. | Moore, Raymond, P.O. Box 241028, Detroit, MI 48224 |
| bbbbbbbbb. | Moore, Shauna |
| ccccccccc. | Moore, Shirley, 4540 Seebaldt, Detroit, MI 48204 |
| ddddddddd. | Morales, Jose, 30203 Townley, Madison Heights, MI 48071 |
| eeeeeeeee. | Morrin, Carl |
| fffffffff. | Morris, Roslyn, 45069 Klingkammer, Utica, MI 48317 |
| ggggggggg. | Morton, Delcarlos, 12544 Arlington, Detroit, MI 48212 |
| hhhhhhhhh. | Mukhtar, Ahlam, 21832 Murray Crescent Dr., Lathrup Village, MI 48076 |
| iiiiiiiii. | Mullikin, James, P.O. Box 270 New Hudson, MI 48165 |
| jjjjjjjjj. | Murphy, Sugeily, 940 Hardwick, Grand Rapids, MI 49508 |
| kkkkkkkkk. | Murray, Brigitte, 12227 Planview Detroit, MI 48228 |
| lllllllll. | Musaraj, Gylbert, 28111 Jefferson, St. Clair Shores, MI 48081 |
| mmmmmmmmm. | Nadolski, Donald, 40174 Jefferson, Novi, MI 48335 |
| nnnnnnnnn. | Najor, Khulood |
| ooooooooo. | Naom, Wajehah |
| ppppppppp. | Neil, Lisa, 24819 Rensselaer, Oak Park, MI 48237 |
| qqqqqqqqq. | Nelson, Deborah, 22015 Francis, St. Clair Shores, MI 48082 |

| | |
|---|---|
| rrrrrrrrr. | Newton, Jeffrey, 131 Ponderosa Trail, Belleville, MI 48111 |
| sssssssss. | Nierzwick, Susan, 53046 Hawald, Shelby Twp., MI 48316 |
| ttttttttt. | Nowland, Holly, 32416 John Hauk, Garden City, MI 48135 |
| uuuuuuuuu. | Obryant, Cheryl, 2822 Parkway Circle, Sterling Heights, MI 48310 |
| vvvvvvvvv. | O'Connell, Denise |
| wwwwwwwww. | Onyesohu, Rebecca |
| xxxxxxxxx. | Osebold, Kathleen, 35920 Division, Richmond, MI 48062 |
| yyyyyyyyy. | Owens, Adam, 52239 Nantucket Lane, Chesterfield, MI 48051 |
| zzzzzzzzz. | Paglia, Krystle |
| aaaaaaaaaa. | Pasley-Allen, Erica, 7235 Woodmoni, Detroit, MI 48228 |
| bbbbbbbbbb. | Patterson, Leandre, 222 Court, Mt. Clemens, MI 48043 |
| cccccccccc. | Patterson, Patricia, 7614 Fisher, Warren, MI 48091 |
| dddddddddd. | Patton, Lashawn, 5805 Balfour, Detroit, MI 48224 |
| eeeeeeeeee. | Pegues, Danelle, 9312 Parkwood, Belleville, MI 48111 |
| ffffffffff. | Peters, Dawn |
| gggggggggg. | Peterson, Dorothy, 4832 Stockton, Detroit, MI 48234 |
| hhhhhhhhhh. | Petros, Jill, 51649 Huntley Ave., New Baltimore, MI 48047 |
| iiiiiiiiii. | Petrucci, Primo, 22122 Cora, Farmington Hills, MI 48336 |
| jjjjjjjjjj. | Pettway, Charles, 10351 Dartmouth St., Oak Park, MI 48237 |
| kkkkkkkkkk. | Pike, Rickey, 25657 Southfield Rd., Southfield, MI 48075 |
| llllllllll. | Plair, Bernist, 20091 Murray Hill, Detroit, MI 48235 |
| mmmmmmmmmm. | Pohl, Matthew, 6875 Pontiac Lake Rd., Waterford, MI 48327 |
| nnnnnnnnnn. | Pointer, Maurice, 24513 Templar Ave., Southfield, MI 48075 |
| oooooooooo. | Pool, Ponce, 6977 Niagra, Browns Twp., MI 48174 |
| pppppppppp. | Priess, Jason |
| qqqqqqqqqq. | Reed-Gibson, Sandra, 29821 Briarwood, Farmington Hills, MI 48331 |
| rrrrrrrrrr. | Reeves, Patrick |

| | |
|---|---|
| sssssssssss. | Respresso, Diontae, 22525 Avon Lane, Southfield, MI 48075 |
| ttttttttttt. | Reynolds, Latonga, 5072 Ridgewood, Detroit, MI 48204 |
| uuuuuuuuuu. | Rickett, Rayford |
| vvvvvvvvvv. | Rivard, Rachel |
| wwwwwwwwww. | Rizk, David |
| xxxxxxxxxx. | Roberson, Patsy, 11541 Sanford, Detroit, MI 48205 |
| yyyyyyyyyy. | Rock, Dustin, 34847 Heathmoore Dr., Clinton Township, MI 48035 |
| zzzzzzzzzz. | Ross, Esther, 2582 Lovington, Waterford, MI 48329 |
| aaaaaaaaaaa. | Rozansky, Kelly, 2838 Goodells Rd., Goodells, MI 48027 |
| bbbbbbbbbbb. | Rumph, Tia |
| ccccccccccc. | Ruohonen, Jon, 8428 Liberty Blvd., Westland, MI 48185 |
| ddddddddddd. | Sanders, Gregory, 42740 Judd, Belleville, MI 48111 |
| eeeeeeeeeee. | Schollenberger, Kimberly, 360 Rosebud, Walled Lake, MI 48390 |
| fffffffffff. | Schott, Todd |
| ggggggggggg. | Scott, Carl, 430 Boyne St., New Hudson, MI 48165 |
| hhhhhhhhhhh. | Servello, Gerald, 4909 White Lake, White Lake, MI 48383 |
| iiiiiiiiiii. | Shenouda, Judy, 5219 Maple St., Dearborn, MI 48126 |
| jjjjjjjjjjj. | Shults, Harry, 45568 Marquette, Macomb, MI 48044 |
| kkkkkkkkkkk. | Sidebottom, Tim, 8577 Kennedy Circle, Warren, MI 48093 |
| lllllllllll. | Simmons, Blair, 24600 Cooke St., Dearborn, MI 48124 |
| mmmmmmmmmmm. | Sims, Doriale, P.O. Box 44512, Detroit, MI 48244 |
| nnnnnnnnnnn. | Singleton, Dayjon, 13303 Longview St., Detroit, MI 48213 |
| ooooooooooo. | Skidmore, Arlene, 20016 15 Mile Rd., Clinton Twp., MI 48035 |
| ppppppppppp. | Smakaj, Gjina, 6221 25 Mile Rd., Shelby Twp., MI 48316 |
| qqqqqqqqqqq. | Smith, Georgia, 8230 Yolanda, Detroit, MI 48234 |
| rrrrrrrrrrr. | Smith, Jessica, 20472 Hawthorn, Highland Park, MI 48203 |
| sssssssssss. | Smith, Marion, 223 Marshmallow St., Westland, MI 48186 |
| ttttttttttt. | Smith, Ramona, 10141 Allen Pointe Dr., Allen Park, MI 48101 |

10

| | |
|---|---|
| uuuuuuuuuuu. | Smith, Shanequa, 5383 Oakman Bld., Detroit, MI 48204 |
| vvvvvvvvvvv. | Smith, Sherry, 42752 Park Crescent Drive, Sterling Heights, MI 48313 |
| wwwwwwwwwww. | Smith, Trinity, 6350 Belfast Detroit, MI 48210 |
| xxxxxxxxxxx. | Solares, Solange |
| yyyyyyyyyyy. | Soule, Mark, 36530 Jefferson, Harrison Twp., MI 48045 |
| zzzzzzzzzzz. | Stafford, Josephine, 12256 Wilshire Dr., Detroit, MI 48213 |
| aaaaaaaaaaaa. | Stewart, Anitra |
| bbbbbbbbbbbb. | Stewartlau, Tina, 4418 Ravinewood Dr., Commerce Township, MI 48382 |
| cccccccccccc. | Sufaj, Tone, 57772 Roman, Washington Twp., MI 48094 |
| dddddddddddd. | Sutherland, Justin, 30831 Clark, New Haven, MI 48048 |
| eeeeeeeeeeee. | Sutton, Simonetta, 18327 Muirland, Detroit, MI 48227 |
| ffffffffffff. | Swieczkowski, Paul |
| gggggggggggg. | Swindlehurst, Gary |
| hhhhhhhhhhhh. | Szumplawski, Jacklyn, 26206 Antoine Dr., Macomb, MI 48044 |
| iiiiiiiiiii. | Talbert, Carolyn, 4744 Glendale, Detroit, MI 48238 |
| jjjjjjjjjjjj. | Thomas, Lillie, 4386 Conner Ave., Detroit, MI 48215 |
| kkkkkkkkkkkk. | Thomas, Tila |
| llllllllllll. | Thompson, Quintin, 14840 Grandville, Detroit, MI 48223 |
| mmmmmmmmmmmm. | Thurman, Joseph, 18998 Kentfield St., Detroit, MI 48219 |
| nnnnnnnnnnnn. | Tibbs, Richard |
| oooooooooooo. | Tika, Farid, 21655 Tangel Dr., Macomb, MI 48044 |
| pppppppppppp. | Tillman, Calvin, 24901 Teppert, Eastpointe, MI 48021 |
| qqqqqqqqqqqq. | Tistle, John, 25901 Bordman Rd., Memphis, MI 48041 |
| rrrrrrrrrrrr. | Tocco, Peter, 53185 Providence East, Shelby Twp., MI 48316 |
| ssssssssssss. | Tracey, Ryland, 19147 Northrop St., Detroit, MI 48219 |
| tttttttttttt. | Tsalamandris, Kyri, 22613 E. Eleven Mile Rd., St. Clair Shores, MI 48081 |
| uuuuuuuuuuuu. | Tucker, James |
| vvvvvvvvvvvv. | Varner, Carl, 5270 West Outer Dr., Detroit, MI 48235 |
| wwwwwwwwwwww. | Villarreal, Adriana, 9185 Avis, Detroit, MI 48209 |
| xxxxxxxxxxxx. | Wadrzyk, Lauren, 41167 Ann Arbor Trail, Plymouth, MI 48170 |
| yyyyyyyyyyyy. | Walker, Jerry, 16081 Russell, Allen Park, MI 48101 |

11

| | |
|---|---|
| zzzzzzzzzzzz. | Wallace, Ronald, 18140 Curtis, Detroit, MI 48219 |
| aaaaaaaaaaaaa. | Ward, Renee, 25226 Marsh Creek Blvd., Woodhaven, MI 48183 |
| bbbbbbbbbbbbb. | Warwick, Peggy, 3115 Greenlawn, Commerce Twp., MI 48382 |
| ccccccccccccc. | Watson-Redman, Elaine |
| ddddddddddddd. | Whitefield, Teresa, 713 Wall St., Port Huron, MI 48060 |
| eeeeeeeeeeeee. | Wilczewski, Jackie |
| fffffffffffff. | Williams, Adell, 1407 Larned, Detroit, MI 48207 |
| ggggggggggggg. | Williams, April |
| hhhhhhhhhhhhh. | Williams, Janifa, 35 Orchard, River Rouge, MI 48218 |
| iiiiiiiiiiii. | Williams, Khalalai |
| jjjjjjjjjjjjj. | Williams, Michelle, 7518 American St., Detroit, MI 48210 |
| kkkkkkkkkkkkk. | Williams, Randall, 8323 Sterling, Centerline, MI 48015 |
| lllllllllllll. | Williams, Robert |
| mmmmmmmmmmmmm. | Williams, Terence |
| nnnnnnnnnnnnn. | Williams, Timika, 15455 Lakeside Village Dr., Clinton Twp., MI 48038 |
| ooooooooooooo. | Willis, Davon, 8300 Yoalada, Detroit, MI 48234 |
| ppppppppppppp. | Winnie, Kimberly, 2173 Moran, Lincoln Park, MI 48146 |
| qqqqqqqqqqqqq. | Wise, Patricia, 31025 Beachwalk Dr., Walled Lake, MI 48390 |
| rrrrrrrrrrrrr. | Yoakum, Lisa |
| sssssssssssss. | Young, Darlene |
| ttttttttttttt. | Zaborski, Casimir |
| uuuuuuuuuuuuu. | Zacheranik, William. 22274 Grove, Detroit, MI 48219 |
| vvvvvvvvvvvvv. | Zech, Jeffrey |
| wwwwwwwwwwwww. | Zech, Theresa, 50770 Jefferson Ave., New Baltimore, MI 48047 |

2.     Any and all agents, employees, representatives and custodians of the records for Plaintiff, with information and knowledge relevant to the medical care and services provided to each of the State Farm insureds/claimants, causation of the injuries as it relates to the respective motor vehicle accidents,  medical bills and documentation sent to State Farm, payments received from State Farm and other No-Fault insurers for the same or similar treatment/procedures, information related to Plaintiff's charges and fees, including information regarding Plaintiff's "usual and customary" charges, as well as the "reasonableness" of Plaintiff's charges; as

well as any other matter involved in this dispute, c/o Plaintiff's counsel, including but not limited to:

a.    Dr. Robert R. Johnson, II, MD (Neurosurgeon)*
b.    Dr. Miguel Lis-Planells, MD (Neurosurgeon)*
c.    Dr. Fernando G. Diaz, MD, PhD (Neurosurgeon)*
d.    Dr. Richard D. Fessler, MD (Neurosurgeon)*
e.    Dr. Holly S. Gilmer, MD (Neurosurgeon)*
f.    Dr. Mark L. Goldberger, DO (Neurosurgeon)*
g.    Dr. Bradley T. Hall, DO (Neurosurgeon)*
h.    Dr. Daniel B. Michael, MD, PhD (Neurosurgeon)*
i.    Dr. James M. Mick, MD (Neurosurgeon)*
j.    Dr. Todd Y. Nida, MD (Neurosurgeon)*
k.    Dr. Mick J. Perez-Cruet, MD, MS (Neurosurgeon)*
l.    Dr. Daniel Pieper, MD (Neurosurgeon)*
m.    Dr. Omar M. Qahwash, DO (Neurosurgeon)*
n.    Dr. Robert P. Farhat, DO (Interventional Pain Management)*
o.    Dr. Natalia Glisky, MD (Physical Medicine & Rehabilitation)*
p.    Dr. Sophia Grias-Radwanski, MD (Physical Medicine & Rehabilitation & Pain Management)*
q.    Dr. Henry C. Tong, MD (Interventional Pain Management)*
r.    Dr. Lisa Metler, PhD (Neuropsychologist)*
s.    Dr. Thomas J. Neuner, DC (Chiropractor)*
t.    Dr. Daniel K. Fahim, MD (Neurosurgeon)*
u.    Dr. Richard Veyna, MD (Neurosurgeon)*
v.    Dr. Ingrid Chua-Manalo, MD (Interventional Pain Management)*
w.    Dr. John M. Marshall, MD (Interventional Pain Management)*
x.    Dr. David Lustig, DO (Neurologist)*
y.    Wendy Champoux, MS, PA-C (Physician Assistant)*
z.    Christine Fontana, NP-C (Certified Nurse Practitioner)*
aa.   Justin Hugelier, EMT-P, MS, PA-C (Physician Assistant)*
bb.   Candice Nichols, NP-C (Certified Nurse Practitioner)*
cc.   Dr. Adebowale Adegbenro, DC (Chiropractor)*
dd.   Dr. Timothy Wasmund, DC (Chiropractor)*
ee.   Nicholas Green (Practice Administrator)
ff.   Melissa Riemer (Billing Supervisor)
gg.   Julie Gabel (Biller)
hh.   Records Custodian*
ii.   Any and all physicians who referred State Farm insureds to Plaintiff for purposes of diagnostic testing and/or treatment.

3.     Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for Defendant, State Farm Mutual Automobile Insurance Company, PO Box 661023, Dallas, TX 75266, with information regarding the audits conducted on Plaintiff's charges in this litigation; State Farm's contract(s) and relationship(s) with Ingenix, Mitchell Medical, and Fair Health; information regarding State Farm's use and implementation of the Decision Point software, the "rules" programmed into the specific software, the Ingenix data base, and the Fair Health database utilized to audit/review Plaintiff's charges at issue in this litigation; the origin and collection of the data contained in any/all of the data bases utilized and relied upon by Defendant to support the reductions to Plaintiff's charges at issue in this litigation; including but not limited to:

    a.    Tom Collins
    b.    Julie Higley (claim representative)
    c.    Patricia Farnsworth (claim representative)
    d.    Suzanne Racine-Miazga (claim representative)
    e.    Angela Grigowski (claim representative)
    f.    Carole Zanotti (claim processor)
    g.    Jennifer Palen (claim representative)
    h.    Marcia Velting (claim representative)
    i.    Angela Murphy (claim representative)
    j.    Denyne Evans (claim processor)
    k.    Skye Jacobs (claim representative)
    l.    Kristina Myslinski (claim representative)
    m.    Dana Archer (claim representative)
    n.    DeChaun Parker (claim representative)
    o.    Maxine Paige (claim representative)
    p.    Kristin Lowrance (claim representative)

14

q.    Anntoinette Johnson (claim representative)
r.    Kristen Kirkland (claim representative)
s.    Karen Winters (claim representative)
t.    Jennifer Connelly (claim processor)
u.    Tammy MacLeod (claim representative)
v.    Teresa Meinema (claim processor)
w.    Linda Trowbridge (claim processor)
x.    Regina Mabins (claim representative)
y.    Michelle Garner (claim representative)
z.    Dana Archer (claim representative)
aa.    Amy Yingling (claim processor)
bb.    Ken Snyder (claim processor)
cc.    Christine Taylor (claim processor)
dd.    Dawn Saranas (claim representative)
ee.    Patricia Spotts (claim representative)
ff.    Tamara Barksdale (claim representative)
gg.    Tameka King (claim processor)
hh.    Suzanne Waun (claim representative)
ii.    Greg Rothe (claim representative)
jj.    Laura Crow (claim processor)
kk.    Argean Baird (claim representative)
ll.    Beth (Johnson) Pospisil (claim representative)
mm.    Tracey Iler (claim representative)
nn.    Jenica Batt (claim processor)
oo.    Julie Crandall (claim representative)
pp.    Jodi Pollick (claim representative)
qq.    Coronda Anderson (claim representative)
rr.    George Garcia (claim representative)
ss.    Maria Byers (claim representative)
tt.    Nicholas Konett (claim representative)
uu.    Rich Bean (claim representative)
vv.    Mary Quick (claim processor)
ww.    Tracey Grimm (claim processor)
xx.    Kristie Harris (claim representative)
yy.    Amy Anderson (claim representative)
zz.    Megan Metheny (claim representative)
aaa.    Kevin Dowd (claim representative)
bbb.    Robyn Nyenhuis (claim representative)
ccc.    Jobi Szumlas (claim representative)
ddd.    Tammy Disher (claim representative)

eee.    Monique Hampton (claim representative)
fff.    Pia Stevens (claim representative)
ggg.    Mary Karabetsos (claim representative)
hhh.    Melissa Cushman (claim representative)
iii.    Jim Blue (claim representative)
jjj.    Dennis Fowler (claim representative)
kkk.    Shelley Smith (claim representative)
lll.    Ann Rockwell (claim representative)
mmm.    Floyd Burton (claim representative)
nnn.    Pamela Greene (claim representative)
ooo.    Kristie Harris (claim representative)
ppp.    Laurie Wante (claim representative)
qqq.    Toni Macigewski (claim representative)
rrr.    Cheryl Lentine (claim representative)
sss.    Randy Hawks (claim representative)
ttt.    Margaret Pratt (claim representative)
uuu.    Nedra Simonton (claim representative)
vvv.    Cathy West (claim representative)
www.    Dan Noneman (claim representative)
xxx.    Heather Graham (claim representative)
yyy.    Thom Connolly (claim representative)
zzz.    Gina Irelan (claim representative)
aaaa.    Alice McMillian (claim representative)
bbbb.    Susan Sturgeon  (claim representative)
cccc.    Jillian Johnson (claim representative)
dddd.    Lacey Harris (claim representative)
eeee.    Sheri Westafer (claim representative)
ffff.    Kim Carr (claim representative)
gggg.    Kathy Koehl (claim representative)
hhhh.    April Hawkins (claim representative)
iiii.    Mana Byers (claim representative)
jjjj.    Paul Boes (claim representative)
kkkk.    Angela Ballard (claim representative)
llll.    Patricia Farnsworth (claim representative)
mmmm.    Allison Buffinga (claim representative)
nnnn.    Michael Blue (claim representative)
oooo.    Debra Lagasse (claim representative)
pppp.    Justin Smith (claim representative)
qqqq.    Charlotte Davis (claim representative)
rrrr.    Becky Bartosz (claim representative)

ssss.    Hana Rhodes (claim representative)
tttt.    Tammy Stein (claim representative)
uuuu.    Angela Murphy (claim representative)
vvvv.    Kim Pullano (claim representative)
wwww.   Kathie Townsend (claim representative)
xxxx.    Daniel Smith (claim representative)
yyyy.       Julie Crandall (claim representative)
zzzz.       Lorie Szabo (claim representative)
aaaaa.    Cathy Wood (claim processor)
bbbbb.   Natalie Kahler (claim representative)
ccccc.   Bonnie Childs (claim representative)
ddddd.   Abby Griffin (claim representative)
eeeee.   Lori Holguin (claim representative)
fffff.    Theresa Garza (claim representative)
ggggg.   Brian Matthews (Section/Team Manager)
hhhhh.   Brian Daust (Nurse Reviewer)
iiiii.    Doug Blaas (Team Manager)

4.      Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for Mitchell Medical/Mitchell International, Inc., 6220 Greenwich Drive, San Diego, CA. 92122, 1-800-238-9111, with information regarding the audits conducted on Plaintiff's charges in this litigation; State Farm's contract(s) and relationship(s) with Mitchell Medical, and/or Fair Health; information regarding State Farm's use and implementation of the Decision Point software, the "rules" programmed into the specific software, the Ingenix data base, and the Fair Health database utilized to audit/review Plaintiff's charges at issue in this litigation; the origin and collection of the data contained in any/all of the data bases utilized and relied upon by Defendant to support the reductions to Plaintiff's charges at issue in this litigation.

17

5.     Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for Ingenix, 2525 Lake Park Blvd, West Valley City, UT. 84119, (801) 982-3000, with information regarding the audits conducted on Plaintiff's charges in this litigation; State Farm's contract(s) and relationship(s) with Mitchell Medical and/or Ingenix; Ingenix's contract(s) and relationship(s) with Mitchell Medical; information regarding State Farm's use and implementation of the Decision Point software, the "rules" programmed into the specific software, the Ingenix data base utilized to audit/review Plaintiff's charges at issue in this litigation up through and including May 31, 2011; the origin and collection of the data contained in any/all of the data bases utilized and relied upon by Defendant to support the reductions to Plaintiff's charges at issue in this litigation.

6.     Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for Fair Health, Inc., 575 5th Avenue, 22nd Floor, New York, NY. 10017, 1-855-566-5871, with information regarding the audits conducted on Plaintiff's charges in this litigation; State Farm's contract(s) and relationship(s) with Mitchell Medical, and/or Fair Health; information regarding State Farm's use and implementation of the Decision Point software, the "rules" programmed into the specific software, the Ingenix data base, and the Fair Health database utilized to audit/review Plaintiff's charges at issue in this

litigation; the origin and collection of the data contained in any/all of the data bases utilized and relied upon by Defendant to support the reductions to Plaintiff's charges at issue in this litigation; information regarding fee schedules, data contributors and payor information contained in the Fair Health database.

7.    Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for Cofinity, 28588 Northwestern Highway, Southfield, MI 48034, with information and knowledge relevant to this dispute.

8.    Stephen Foreman, PhD*, Associate Professor of Economics and Health Care Administration, Robert Morris University, 6001 University Boulevard, Moon, Pennsylvania 15108 (Expert in health economics, health policy, and administration)

9.    Frank Cohen*, The Frank Cohen Group, LLC, 16308 Donney Moor Lane, Spring Hill, Florida 34610 (Expert in health care data analysis, data mining & analysis, applied statistics, predictive analytics, statistical validation)

10.    James J. Mathis*, 205 Scotch Pine Road, Reno, Nevada 89511 (Expert in insurance claims handling practices and procedures)

11.    Any and all past or present agents, employees, representatives, "decision makers" and/or Keeper of the Records for the American Medical Association with information and knowledge relevant to this dispute.

12.    Any person identified in any records subpoenaed in this action by any past, present or future party in this action.

13.    Any person identified in any business records by any past, present or future party in this action.

14.    All individuals referenced, named and/or identified in Defendant's claim files.

15.    Any and all necessary rebuttal witnesses.

16.    Any and all persons listed in pleadings, depositions, subpoenaed records, witness statements, claim file materials, affidavits, discovery responses, and/or other documents filed in this action.

17.    Any and all persons necessary to authenticate any and all documents and/or other materials.

18.    Any and all witnesses that become known through the course of discovery.

19.    At present, it is unknown all of the specific experts that Plaintiffs will retain in this matter,  and Plaintiff s will identify said experts in accordance with the Court's order.

20.    Plaintiffs reserve the right to supplement their Witness List as information and identity of specific individuals with information relevant to this litigation are discovered.

21.    Potential experts to be named.*

**\*Indicates Expert Witness**

Respectfully submitted,

MILLER & TISCHLER, P.C.

/s/  Milea M. Vislosky
BY:  WAYNE J. MILLER (P31112)
wmiller@msapc.net
MILEA M. VISLOSKY (P69306)
mvislosky@msapc.net
28470 W. 13 Mile Rd., Suite 300
Farmington Hills, MI. 48334
(248) 945-1040  /  (248) 536-5042 fax

Dated:  January 20, 2015          Attorneys for Plaintiffs MHSI

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2015 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   David D. O'Brien, Thomas W. Cranmer.

/s/ Tina Trosper
TINA TROSPER

21