# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

University Neurosurgical
Associates, PC,

                       Plaintiff,

v.

State Farm Mutual Automobile
Insurance Company,

                       Defendant.

Case No. 14-cv-10719
Hon. Judith E. Levy
Mag. Judge Mona K. Majzoub

_____/

## STIPULATED ORDER FOR AMENDMENT OF SCHEDULING ORDER DATES

This matter having come before the court on Plaintiff UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A, MICHIGAN HEAD & SPINE INSTITUTE, P.C. and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY's stipulation for first adjournment of scheduling order dates, the Court having considered the

stipulation, and the Court being fully advised, it is hereby ordered that the dates in the scheduling order are amended as follows:

    Last day to disclose experts:        July 13, 2015

    Expert discovery cut-off:        August 28, 2015

    Last day to file dispositive motions:    September 8, 2015

All other dates set forth in the original Scheduling Order shall remain the same.

    IT IS SO ORDERED.

Dated: March 18, 2015        s/Judith E. Levy
Ann Arbor, Michigan        JUDITH E. LEVY
                                      United States District Judge