# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

University Neurological
Associates, P.C., d/b/a Premier
Imaging, d/b/a University
Neurological Surgeons, d/b/a SOR
II, d/b/a Spinal and Orthopedic
Rehabilitation II, d/b/a Michigan
Head & Spine Institute

Case No. 14-cv-10719
Hon. Judith E. Levy
Mag. Judge Mona K. Majzoub

        Plaintiffs,

v.

State Farm Mutual Automobile
Insurance Company,

        Defendant.

_____/

## STIPULATED ORDER FOR MEDIATION

Plaintiffs University Neurosurgical Associates, P.C., d/b/a Premier Imaging, d/b/a University Neurological Surgeons, d/b/a Sor II, d/b/a/ Spinal and Orthopedic Rehabilitation II, d/b/a Michigan Head & Spine Institute and Defendant State Farm Automobile Insurance Company shall participate in voluntary, non-binding mediation on Wednesday, July 22, 2015, at 8:30 a.m. at the offices of Judicial Resource Services,

PC, 28800 8 Mile Road, Suite 111, Farmington Hills, Michigan 48336. The mediation shall be presided over by the Honorable James J. Rashid.

**IT IS SO ORDERED.**

Dated: May 8, 2015  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge