UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

University Neurological
Associates, *et al.*,

                Plaintiffs,

v.

State Farm Mutual Automobile
Insurance Company,

                Defendant.

Case No. 14-cv-10719
Hon. Judith E. Levy
Mag. Judge Mona K. Majzoub

_____/

## ORDER ADJOURNING SCHEDULING DATES

On the stipulation of the parties, it is hereby ordered that the following dates are adjourned as follows:

| | |
|---|---|
| Last day to disclose experts: | August 18, 2015 |
| Expert discovery cutoff: | September 15, 2015 |
| Last day to file dispositive motions: | October 5, 2015 |

IT IS SO ORDERED.

Dated: July 1, 2015
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge