UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE<br><br>      Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 5:14-cv-10719<br><br>Hon. Judith E. Levy<br><br>NOTICE OF APPEARANCE OF JENNIFER M. HOFFMAN |

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as co-counsel for Defendant State Farm Mutual Automobile Insurance Company in the above-entitled matter.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   */s Jennifer M. Hoffman*
      Jennifer M. Hoffman (240600)
      333 South Hope St., 43rd Flr.
      Los Angeles, CA  90071
      Telephone: (213) 620-1780
      jhoffman@sheppardmullin.com
      *Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*

Date: July 7, 2015

SMRH:439125079.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all attorneys of record.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:   /s Jennifer M. Hoffman
      Jennifer M. Hoffman (240600)
      333 South Hope St., 43rd Flr.
      Los Angeles, CA 90071
      Telephone: (213) 620-1780
      jhoffman@sheppardmullin.com
      *Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*