UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNIVERSITY NEUROSURGICAL ASSOCIATES, P.C., D/B/A PREMIER IMAGING, D/B/A UNIVERSITY NEUROLOGICAL SURGEONS, D/B/A SOR II, D/B/A SPINAL AND ORTHOPEDIC REHABILITATION II, D/B/A MICHIGAN HEAD & SPINE INSTITUTE<br><br>      Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>      Defendant. | Civil Action No. 5:14-cv-10719<br><br>Hon. Judith E. Levy<br><br>NOTICE OF HEARING |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant State Farm Mutual Automobile Insurance Company ("State Farm") hereby provides notice that on Friday, July 17, 2015, at 4 p.m. Eastern Time, the Court will hold a telephonic conference in response to State Farm's request for a hearing regarding Plaintiff's failure to produce documents responsive to State Farm's discovery requests. State Farm's counsel will initiate the call by first calling Plaintiff's counsel and then conferencing in the Court.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:  <u>*/s Jennifer M. Hoffman*                        </u>
Jennifer M. Hoffman (240600)
333 South Hope St., 43rd Flr.
Los Angeles, CA  90071
Telephone: (213) 620-1780
jhoffman@sheppardmullin.com
*Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*

Date: July 15, 2015

SMRH:441654246.1                          -2-

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to all attorneys of record.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: */s Jennifer M. Hoffman*
Jennifer M. Hoffman (240600)
333 South Hope St., 43rd Flr.
Los Angeles, CA 90071
Telephone: (213) 620-1780
jhoffman@sheppardmullin.com
*Co-counsel for Defendant State Farm Mutual Automobile Insurance Company*