UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNIVERSITY NEUROSURGICAL
ASSOCIATES, P.C., D/B/A PREMIER
IMAGING, D/B/A UNIVERSITY
NEUROLOGICAL SURGEONS, D/B/A
SOR II, D/B/A SPINAL AND
ORTHOPEDIC REHABILITATION II,
D/B/A MICHIGAN HEAD & SPINE
INSTITUTE,

             Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

             Defendant.

Civil Action No.: 5:14-cv-10719

Hon. Judith E. Levy

**APPEARANCE OF
IRENE BRUCE HATHAWAY**

---

MILLER & TISCHLER, P.C.
Wayne J. Miller (P31112)
Milea M. Vislosky (P69306)
28470 W. 13 Mile road, Suite 300
Farmington Hills, MI 48334-5401
Tel: (248) 945-1040
Fax: (248) 536-5042
wmiller@msapc.net
mvislosky@msapc.net

*Attorneys for Plaintiff*

MILLER, CANFIELD, PADDOCK, AND
STONE, P.L.C.
Irene Bruce Hathaway (P32198)
150 W. Jefferson Avenue, Suite 2500
Detroit, MI 48226
Tel: (313) 963-6420
Fax: (313) 496-7500
hathawayi@millercanfield.com

*Co-Counsel for State Farm Mutual
Automobile Insurance Company*

MILLER, CANFIELD, PADDOCK, AND
STONE, P.L.C.
David D. O'Brien (P65532)
101 N. Main, Seventh Floor
Ann Arbor, MI 48104
Tel: (734) 668-7761
Fax: (734) 747-7147
Obrien@millercanfield.com

*Attorney for State Farm Mutual Automobile
Insurance Company*

MILLER, CANFIELD, PADDOCK, AND
STONE, P.L.C.
Thomas W. Cranmer (P25252)
840 West Long Lake Road, Suite 200
Troy, MI 48098
Tel: (248) 267-3381
cranmer@millercanfield.com

*Co-Counsel for State Farm Mutual Automobile
Insurance Company*

## APPEARANCE OF IRENE BRUCE HATHAWAY

**PLEASE ENTER** the appearance of Irene Bruce Hathaway of Miller, Canfield, Paddock and Stone, P.L.C., as attorney for Defendant State Farm Mutual Automobile Insurance Company, in the above cause of action. Service of all notices and pleadings filed in this action should be made on the undersigned counsel.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By /s/ Irene Bruce Hathaway
    Irene Bruce Hathaway (P32198)
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 963-6420
hathawayi@millercanfield.com

*Attorney for State Farm Mutual Automobile*
*Insurance Company*

Dated:  July 17, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will serve said document upon registered parties.

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By /s/ Irene Bruce Hathaway
            Irene Bruce Hathaway (P32198)
        150 West Jefferson, Suite 2500
        Detroit, Michigan  48226
        (313) 963-6420
        hathawayi@millercanfield.com

        *Attorney for State Farm Mutual Automobile*
        *Insurance Company*

Dated:  July 17, 2015

21416799.1\147694-00002