# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

University Neurological Associates, P.C., d/b/a Premier Imaging, d/b/a University Neurological Surgeons, d/b/a SOR II, d/b/a Spinal and Orthopedic Rehabilitation II, d/b/a Michigan Head & Spine Institute,

    Plaintiff,

v.

State Farm Mutual Automobile Insurance Company,

    Defendant.

_____/

Case No. 14-cv-10719
Hon. Judith E. Levy
Mag. Judge Mona K. Majzoub

## STIPULATED ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

WHEREAS Plaintiff University Neurosurgical Associates, P.C. and Defendant State Farm Mutual Automobile Insurance Company have entered into a confidential settlement agreement resolving all disputes between them in connection with this lawsuit, and Plaintiff no longer wishes to pursue the claims asserted in this litigation;

NOW THEREFORE, the parties stipulate and agree as follows:

All of the claims against State Farm are hereby dismissed with prejudice and without the award of costs or attorney fees. This court shall retain jurisdiction over this matter to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: October 2, 2015  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
United States District Judge


Stipulated as to form and content and approved for entry:

/s/ Milea M. Vislosky  /s/ David D. O'Brien
Milea M. Vislosky (P69306)  David D. O'Brien (P65532)
Miller & Tischler, P.C.  Miller Canfield Paddock & Stone, PLC
28470 W. 13 Mile Rd., Ste. 300
Farmington Hills, MI  48334  101 N. Main St., 7th Fl.
Telephone:  (248) 945-1040  Ann Arbor, Michigan 48104
mvislosky@msapc.net  Telephone: (734) 668-7761
*Counsel for Plaintiff*  obrien@millercanfield.com
*Counsel for Defendant State Farm*